```
                     UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 05-10210-RGS |
| ) | |
| THOMAS BURKE, ) | |
| ) | |
| Defendant. ) | |

**<u>NOTICE OF APPEARANCE OF ANTOINETTE E.M. LEONEY</u>**

I hereby give notice of my appearance for the United States of America in the above-captioned matter.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/Antoinette E.M. Leoney
                              ANTOINETTE E.M. LEONEY
                              Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
Date: August 26, 2005         (617) 748-3103
```