

**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*     *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*


August 30, 2005


Ms. Mary Johnson
Deputy Courtroom Clerk
 to the Honorable Richard G. Stearns
United States District Court
District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

    Re:   United States v. Thomas Burke
           Criminal No. 05-10210-RGS

Dear Ms. Johnson:

    The defendant, Thomas Burke, was arrested today on a warrant issued by Judge Richard G. Stearns relative to a probation violation petition.  The defendant had an initial appearance before Magistrate Judge Judith G. Dein today, where he waived a preliminary hearing on the underlying petition.  Additionally, in lieu of detention, the defendant also agreed, and Magistrate Judge Dein so ordered, that the defendant attend a 90-day alcohol/drug treatment program at Highpoint Treatment Center in Plymouth, MA, pending a final revocation hearing.

    Magistrate Judge Dein also instructed the government to contact you to schedule a final revocation hearing.  I am, therefore, writing to request that a final revocation status hearing be scheduled for the week of November 7, 2005, in the late afternoon, preferably on November 7th at 3:30 p.m., as defense counsel has another matter pending at the federal court that day.

Thank you for your time and consideration.

         Very truly yours,

         MICHAEL J. SULLIVAN
         United States Attorney

       By: /s/Antoinette E.M. Leoney
         ANTOINETTE E.M. LEONEY
         Assistant U.S. Attorney

cc: James H. Budreau, Esq.
   Lisa M. Paiva, U.S. Probation