UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                          CRIMINAL

                                            CASE NO. 05-CR-10210-RGS

THOMAS BURKE
        Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that Syrie Fried, of Federal Defender Office for the District of Massachusetts, be appointed, effective as of  May 25, 2006  to represent said defendant in this cause until further order of the Court.

                                    SARAH A. THORNTON
                                    CLERK OF COURT

                        By:    /S/ Jarrett Lovett
                               Deputy Clerk

DATE: 5/25/06

(FPD Appointment.wpd - 3/7/2005)