UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.     CRIMINAL NO. 05-10210-RGS

THOMAS M. BURKE
USM No. 02090-049
DOB 10-14-61

## AMENDED JUDGMENT AND COMMITMENT ORDER ON VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE

STEARNS, DJ.     JUNE 12, 2006

THE ABOVE-NAMED DEFENDANT APPEARED BEFORE THIS COURT ON JUNE 9, 2006 FOR A HEARING ON VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE. THE DEFENDANT WAS REPRESENTED BY SYRIE FRIED, ESQ. THE GOVERNMENT WAS REPRESENTED BY ASSISTANT U. S. ATTORNEY TIMOTHY FEELEY, AND THE PROBATION DEPARTMENT WAS REPRESENTED BY LISA PAIVA, U.S.P.O. AFTER THE DEFENDANT WAS INFORMED BY THE COURT OF HIS RIGHT TO AN EVIDENTIARY HEARING, THE GOVERNMENT WITHDREW VIOLATION NO. 1, AND DEFENDANT STIPULATED TO VIOLATIONS NO. 2 AND 3 OF THE PETITION. THIS COURT FOUND THAT THE DEFENDANT DID COMMIT SAID VIOLATIONS, AND PROCEEDED TO SENTENCING AS FOLLOWS:

### O R D E R

THE DEFENDANT'S PRESENT TERM OF SUPERVISED RELEASE IS

HEREBY REVOKED;

THE DEFENDANT, THOMAS M. BURKE, IS HEREBY COMMITTED TO THE CUSTODY OF THE U. S. BUREAU OF PRISONS FOR A PERIOD OF SIX (6) MONTHS TO BE SERVED (WITH CREDIT FOR TIME SERVED WHILE AWAITING THIS HEARING).

IT IS FURTHER ORDERED THAT WHILE DEFENDANT IS INCARCERATED, HE SHALL PROVIDE A DNA SAMPLE TO THE U. S. PROBATION OFFICER.

UPON RELEASE FROM INCARCERATION, THE DEFENDANT IS DISCHARGED FROM ANY FURTHER TERM OF SUPERVISED RELEASE.

SO ORDERED.

_____
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE